JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVIN JONES, | NO. CV 18-6723-CJC(E) |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT KERNAN, Secretary California Department of Corrections and Rehabilitation, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 7, 2019.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE